# EXHIBIT G

U.S. Bankruptcy Court - Hawaii   #08-01371   Dkt # 26-7   Filed  02/10/11   Page 1 of 3

| Date Filed | Claim No. | Name | Schedule Amount | Nature | Debtor Name | Proposed Treatment |
|---|---|---|---|---|---|---|
| | | AIG | $166.00 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | ALLSTATE | $113.54 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | CASTLE AND COOKE INC | $13.45 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | COMMONWEALTH NORTHERN MARIANAS | $4,459.00 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | CYRCA INSURANCE | $11.24 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | FIRST COMP INSURANCE | $3,826.63 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | FIRST HEALTH | $63.32 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | FIRST HEALTH LIFE AND HEALTH | $63.32 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | HEALTH MGMT ASSOCIATES | $573.12 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | HMSA | $71.70 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | HMSA | $689.94 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | HMSA | $1,465.17 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | HMSA 2060 | $347.00 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | HMSA 2140 | $124.67 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | HMSA BLUE CARD PROGRAM | $71,358.63 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | HMSA BLUE CROSS | $8,560.97 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |

Seventh Omnibus Objections to Claims
Exhibit G - Refund Account Claims

| Date Filed | Claim No. | Name | Schedule Amount | Nature | Debtor Name | Proposed Treatment |
|---|---|---|---|---|---|---|
| | | HMSA HMO PACIFIC HEALTH CARE | $26.91 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | HMSA65CPLUS | $761.52 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | KAISER SENIOR PLAN | $291.64 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | QUEENS WORK COMP ADMINISTRATIO | $11.95 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | TRICARE FOR LIFE | $289.39 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | TRICARE TRIWEST | $17.45 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | UICI MEGA LIFE | $318.50 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |
| | | UNITED HEALTHCARE | $25,389.10 | General Unsecured | Hawaii Medical Center LLC | Expunge & Disallow |